**Order filed, October 23, 2017.**



**In The**

# Court of Appeals
## For The
# First District of Texas

_____

### NO. 01-17-00775-CV

### IN THE INTEREST OF H.M.O.L., A CHILD, Appellant

### V.

### DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Case 2014-01564J**

---

### ORDER

The reporter's record in this case was due October 19. 2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jill Bartek, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days of** the date of this order.

PER CURIAM